**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**PLUMBERS AND FITTERS LOCAL UNION**
**NO. 101, et al.,**

        Plaintiffs,

v.                                                          Case No. 14-cv-398-DRH-SCW

**SPENGLER PLUMBING COMPANY, INC.,**

        Defendant.

**CONSENT JUDGMENT**

Judgment is hereby entered in the amount of $142,486.57, pursuant to the terms of the parties' Stipulation for Entry of Consent Judgment (Doc. 9).

**IT SO ORDERED.**

Signed this 19th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.19 15:12:59 -05'00'

                                              **CHIEF JUDGE**
                                              **U.S. DISTRICT COURT**